## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                    §
                                          §
ANDERSON, CHRISTOPHER                      §        Case No. 6:12-bk-03403-KSJ
                                          §
                  Debtor(s)        §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

           Funds were disbursed in the following amounts:

           Payments made under an interim
           disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $             , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CARLA MUSSELMAN, TRUSTEE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

**Exhibit A**

| Case No: | 12-03403 | KSJ | Judge: Chief Karen S. Jennemann |
|---|---|---|---|
| Case Name: | ANDERSON, CHRISTOPHER | | |

For Period Ending: 09/24/13

Trustee Name:   CARLA MUSSELMAN, TRUSTEE

Date Filed (f) or Converted (c):    03/15/12 (f)

341(a) Meeting Date:      04/25/12

Claims Bar Date:      08/27/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 13232 Mallard Cove Blvd, Orlando | 67,500.00 | 0.00 | OA | 0.00 | FA |
| 2. Timeshare:  Disney Vacation Club | 500.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 4. Fairwings Credit Union Checking | 200.00 | 0.00 | | 0.00 | FA |
| 5. Fairwinds Credit Union Business Checking | 100.00 | 0.00 | | 0.00 | FA |
| 6. Fairwinds Credit Union Business Savings | 85.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 590.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 25.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Band | 50.00 | 0.00 | | 0.00 | FA |
| 10. Digital Camera and Photographic Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Death Benefit $500,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 12. Business Interest: Volcanic Arts Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. 2005 Ford Freestyle -  VIN: 1FMZK02155GA58557 | 8,575.00 | 4,500.00 | | 4,500.00 | FA |
| 14. Business Inventory | 4,065.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Income Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.19 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $81,750.00          $4,500.00                    $4,500.19                    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/25/12: 341 meeting held and concluded

06/2012:  DSO Notices mailed

09/22/12:  Trustee reviewed claims

03/05/13:  Trustee reviewed claims again

Case is ready to close.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit A**

| | |
|---|---|
| Case No:        12-03403    KSJ    Judge: Chief Karen S. Jennemann | |
| Case Name:     ANDERSON, CHRISTOPHER | |

Trustee Name:   CARLA MUSSELMAN, TRUSTEE
Date Filed (f) or Converted (c):   03/15/12 (f)
341(a) Meeting Date:           04/25/12
Claims Bar Date:               08/27/12

RE PROP# 1---07/15/12:  Notice of Abandonment filed

RE PROP# 2---07/15/12:  Notice of Abandonment filed

RE PROP# 12---07/15/12:  Notice of Abandonment filed

RE PROP# 13---05/12:  Received original title in the name of Christopher Anderson

   05/2012:    Negotiated a $4,500 lump sum buyback

   07/15/12:  Notice of Intent to Sell filed

   08/23/12:  Report of Sale filed and original title mailed to debtor certified

RE PROP# 15---2010 Income Tax Return indicates the debtor owed $275

   According to IRS correspondence and the petition, the debtor has not filed his 2011 income taxes yet
   and has been assessed a tax due of $1,128.75.  The debtor is self employed and most likely owes
   taxes.

   05/12: Received an executed refund agreement however, the intent was to protect the satisfaction of
   the buyback. The estate's portion would be approximately 20% of the non-exempt portion of the
   refund.  Buyback has been paid in full.

Initial Projected Date of Final Report (TFR): 10/31/12          Current Projected Date of Final Report (TFR): 10/30/13

**FORM 2**
Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

Case No:   12-03403  -KSJ

Case Name:   ANDERSON, CHRISTOPHER

Taxpayer ID No:   *******3251

For Period Ending:   09/24/13

Trustee Name:   CARLA MUSSELMAN, TRUSTEE

Bank Name:   UNION BANK

Account Number / CD #:   *******1045  Checking Account

Blanket Bond (per case limit):  $ 32,041,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,471.60 | | 4,471.60 |

| Account | | | | | |
|---|---|---|---|---|---|
| *******1045 | | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | |
| | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 4,471.60 | | |
| | | Total | $ 4,471.60 | | |

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-03403 -KSJ |
| Case Name: | ANDERSON, CHRISTOPHER |
| | |
| Taxpayer ID No: | *******3251 |
| For Period Ending: | 09/24/13 |

| | |
|---|---|
| Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2506  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 32,041,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/24/12 | | CHRISTOPHER ANDERSON 3956 TOWN CENTER BLVD. # 131 ORLANDO, FL  32837 | Buyback Installment | 1129-000 | 424.00 | | 424.00 |
| 05/24/12 | 13 | Asset Sales Memo: | 2005 Ford Freestyle -  VIN: 1FMZK02155GA58557  $424.00 | | | | 424.00 |
| 05/31/12 | | CHRISTOPHER ANDERSON 3956 TOWN CENTER BLVD. # 131 ORLANDO, FL  32837 | Buyback Installment | 1129-000 | 4,076.00 | | 4,500.00 |
| 05/31/12 | 13 | Asset Sales Memo: | 2005 Ford Freestyle -  VIN: 1FMZK02155GA58557  $4,076.00 | | | | 4,500.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,500.03 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.68 | 4,495.35 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,495.39 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.90 | 4,489.49 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,489.53 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.70 | 4,483.83 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,483.86 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.15 | 4,478.71 |
| 10/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,478.75 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.06 | 4,472.69 |
| 11/07/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,472.70 |
| 11/07/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.10 | 4,471.60 |
| 11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 4,471.60 | 0.00 |

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

**Exhibit B**

| | | |
|---|---|---|
| Case No: | 12-03403  -KSJ | |
| Case Name: | ANDERSON, CHRISTOPHER | |
| | | |
| Taxpayer ID No: | *******3251 | |
| For Period Ending: | 09/24/13 | |

| | |
|---|---|
| Trustee Name: | CARLA MUSSELMAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2506  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 32,041,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account | | Balance Forward | 0.00 | |
| *******2506 | 4 | Deposits | 4,500.00 | |
| | 6 | Interest Postings | 0.19 | |
| | | | | |
| | | Subtotal | $    4,500.19 | |
| | | | | |
| | 0 | Adjustments In | 0.00 | |
| | 0 | Transfers In | 0.00 | |
| | | | | |
| | | Total | $    4,500.19 | |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 6 | Adjustments Out | 28.59 |
| 1 | Transfers Out | 4,471.60 |
| | | |
| | Total | $    4,500.19 |

**Report Totals**

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 4 | Deposits | 4,500.00 |
| 6 | Interest Postings | 0.19 |
| | | |
| | Subtotal | $    4,500.19 |
| | | |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 4,471.60 |
| | | |
| | Total | $    8,971.79 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 6 | Adjustments Out | 28.59 |
| 1 | Transfers Out | 4,471.60 |
| | | |
| | Total | $    4,500.19 |
| | | |
| | Net Total Balance | $    4,471.60 |

# Middle District of Florida
# Claims Register

### 6:12-bk-03403-KSJ Christopher Anderson

*Trustee received claims ym* (handwritten)

**Chief:** Karen S. Jennemann    **Chapter:** 7

**Office:** Orlando    **Last Date to file claims:** 08/27/2012

**Trustee:** Carla P Musselman    **Last Date to file (Govt):**

| | |
|---|---|
| *Creditor:* (21822548)<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | **Claim No: 1**<br>*Original Filed Date:* 05/29/2012<br>*Original Entered Date:* 05/29/2012 |

*Status:*
*Filed by:* CR
*Entered by:* Atlas Acquisitions LLC
*Modified:*

*unsecured* (handwritten) Amount claimed: $8430.99

  Secured claimed:    $0.00

*History:*

Details  1-1  05/29/2012 Claim #1 filed by Atlas Acquisitions LLC, Amount claimed:
               $8430.99 (Atlas Acquisitions LLC)

*Description:* cc (handwritten)
*Remarks:* 6,509 (handwritten)

| | |
|---|---|
| *Creditor:* (22106132)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | **Claim No: 2**<br>*Original Filed Date:* 06/01/2012<br>*Original Entered Date:* 06/01/2012 |

*Status:*
*Filed by:* CR
*Entered by:* Discover Bank DB Servicing Corp (DS)
*Modified:*

*unsecured* (handwritten) Amount claimed: $2493.83

*History:* cc (handwritten)
Details  2-1  06/01/2012 Claim #2 filed by Discover Bank, Amount claimed: $2493.83
               (Discover Bank DB Servicing Corp (DS))

*Description:*
*Remarks:* 9913 (handwritten)

| | |
|---|---|
| *Creditor:* (21822548)<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | **Claim No: 3**<br>*Original Filed Date:* 06/03/2012<br>*Original Entered Date:* 06/03/2012 |

*Status:*
*Filed by:* CR
*Entered by:* Atlas Acquisitions LLC
*Modified:*

*unsecured* **Amount claimed: $1592.89**

   Secured claimed:    $0.00

*History:*

Details  3-1 06/03/2012 Claim #3 filed by Atlas Acquisitions LLC, Amount claimed:
              $1592.89 (Atlas Acquisitions LLC)

*Description:*    cc
*Remarks:*    9761

| | | |
|---|---|---|
| *Creditor:*  (21822548)<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | **Claim No: 4**<br>*Original Filed*<br>*Date*: 06/03/2012<br>*Original Entered*<br>*Date*: 06/03/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Atlas Acquisitions<br>LLC<br>*Modified:* |

*unsecured* **Amount claimed: $32274.84**

   Secured claimed:    $0.00

*History:*

Details  4-1 06/03/2012 Claim #4 filed by Atlas Acquisitions LLC, Amount claimed:
              $32274.84 (Atlas Acquisitions LLC)

*Description:*    cc
*Remarks:*    3666

| | | |
|---|---|---|
| *Creditor:*  (22106132)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-<br>3025 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 06/04/2012<br>*Original Entered*<br>*Date*: 06/04/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Discover Bank DB<br>Servicing Corp (MW)<br>*Modified:* |

*unsecured*   Amount claimed: $9482.85

*History:*

Details  5-1 06/04/2012 Claim #5 filed by Discover Bank, Amount claimed: $9482.85
              (Discover Bank DB Servicing Corp (MW))

*Description:*    cc
*Remarks:*    2496

| | | |
|---|---|---|
| *Creditor:*  (22116046)<br>Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 06/05/2012<br>*Original Entered*<br>*Date*: 06/05/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital<br>Services<br>*Modified:* |

unsecured **Amount** claimed: $1058.20

Secured claimed: $0.00

*History:*

Details 6-1 06/05/2012 Claim #6 filed by Dell Financial Services, LLC, Amount claimed: $1058.20 (Resurgent Capital Services)

*Description:* cc

*Remarks:* 4919

| | | |
|---|---|---|
| *Creditor:* (22157569)<br>PHARIA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | **Claim No: 7**<br>*Original Filed Date:* 06/15/2012<br>*Original Entered Date:* 06/15/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Larry E Johnson<br>*Modified:* |

unsecured **Amount** claimed: $2233.77

*History:*

Details 7-1 06/15/2012 Claim #7 filed by PHARIA L.L.C., Amount claimed: $2233.77 (Johnson, Larry )

*Description:* cc

*Remarks:* 7337

| | | |
|---|---|---|
| *Creditor:* (22157569)<br>PHARIA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | **Claim No: 8**<br>*Original Filed Date:* 06/18/2012<br>*Original Entered Date:* 06/18/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Larry E Johnson<br>*Modified:* |

unsecured **Amount** claimed: $790.15

*History:*

Details 8-1 06/18/2012 Claim #8 filed by PHARIA L.L.C., Amount claimed: $790.15 (Johnson, Larry )

*Description:* cc

*Remarks:* 5785

| | | |
|---|---|---|
| *Creditor:* (22173372)<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 9**<br>*Original Filed Date:* 06/21/2012<br>*Original Entered Date:* 06/21/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |

unsecured **Amount** claimed: $55.83

History:

Details  9-1  06/21/2012 Claim #9 filed by American Express Centurion Bank, Amount
claimed: $55.83 (Lee, Thomas )

*Description:* (9-1) CREDIT CARD DEBT

*Remarks:*    ⊃ ∞ ᒪ

| | | |
|---|---|---|
| *Creditor:*    (22173373)<br>American Express Centurion<br>Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 10**<br>*Original Filed*<br>*Date:* 06/21/2012<br>*Original Entered*<br>*Date:* 06/21/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |

unsecured  Amount claimed: $227.45

History:

Details  10-1  06/21/2012 Claim #10 filed by American Express Centurion Bank, Amount
claimed: $227.45 (Lee, Thomas )

*Description:* (10-1) CREDIT CARD DEBT

*Remarks:*    1005

| | | |
|---|---|---|
| *Creditor:*    (22177767)<br>FIA Card Services, N.A. as<br>successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-<br>5102 | **Claim No: 11**<br>*Original Filed*<br>*Date:* 06/21/2012<br>*Original Entered*<br>*Date:* 06/21/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |

unsecured  Amount claimed: $6712.04

History:

Details  11-1  06/21/2012 Claim #11 filed by FIA Card Services, N.A. as successor to,
Amount claimed: $6712.04 (Auto-Claim Filer)

*Description:*    ᒪ ᒪ

*Remarks:* (11-1) Account Number (last 4 digits):2908

| | | |
|---|---|---|
| *Creditor:*    (22202932)<br>Precision Recovery Analytics, Inc.<br>c/o Cavalry Advisory Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | **Claim No: 12**<br>*Original Filed*<br>*Date:* 06/28/2012<br>*Original Entered*<br>*Date:* 06/28/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Cavalry Portfolio<br>Services LLC (Karen B)<br>*Modified:* |

unsecured  Amount claimed: $1712.98

History:

Details    12-1 06/28/2012 Claim #12 filed by Precision Recovery Analytics, Inc., Amount
                   claimed: $1712.98 (Cavalry Portfolio Services LLC (Karen B))

*Description:* (12-1) Precision Recovery Analytics, Inc.    *cc*

*Remarks:*    1693

| | | |
|---|---|---|
| **Creditor:** (22219044) | **Claim No: 13** | **Status:** |
| Capital One Bank (USA), N.A. | *Original Filed* | *Filed by:* CR |
| PO Box 71083 | *Date:* 06/29/2012 | *Entered by:* American Infosource |
| Charlotte, NC 28272-1083 | *Original Entered* | (BH) |
| | *Date:* 06/29/2012 | *Modified:* |

*unsecured* Amount claimed: $1588.20

   *History:*

Details    13-1 06/29/2012 Claim #13 filed by Capital One Bank (USA), N.A., Amount
                   claimed: $1588.20 (American Infosource (BH))

*Description:*    *cc*

*Remarks:*    1442

| | | |
|---|---|---|
| **Creditor:** (22224457) | **Claim No: 14** | **Status:** |
| American Express Bank, FSB | *Original Filed* | *Filed by:* CR |
| c o Becket and Lee LLP | *Date:* 07/02/2012 | *Entered by:* Thomas A Lee, III |
| POB 3001 | *Original Entered* | *Modified:* |
| Malvern, PA 19355-0701 | *Date:* 07/02/2012 | |

*unsecured* Amount claimed: $5516.61

   *History:*

Details    14-1 07/02/2012 Claim #14 filed by American Express Bank, FSB, Amount
                   claimed: $5516.61 (Lee, Thomas )

*Description:* (14-1) CREDIT CARD DEBT

*Remarks:*    1001

| | | |
|---|---|---|
| **Creditor:** (22229691) | **Claim No: 15** | **Status:** |
| American Express Centurion | *Original Filed* | *Filed by:* CR |
| Bank | *Date:* 07/03/2012 | *Entered by:* Thomas A Lee, III |
| c o Becket and Lee LLP | *Original Entered* | *Modified:* |
| POB 3001 | *Date:* 07/03/2012 | |
| Malvern, PA 19355-0701 | | |

*unsecured* Amount claimed: $4457.02

   *History:*

Details    15-1 07/03/2012 Claim #15 filed by American Express Centurion Bank, Amount
                   claimed: $4457.02 (Lee, Thomas )

*Description:* (15-1) CREDIT CARD DEBT    1007

Remarks:

Creditor:        (22275258)
American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Claim No: 16**
*Original Filed*
*Date*: 07/18/2012
*Original Entered*
*Date*: 07/18/2012

*Status:*
*Filed by:* CR
*Entered by:* Thomas A Lee, III
*Modified:*

unsecured   Amount claimed: $7156.47

History:

Details   16-1 07/18/2012 Claim #16 filed by American Express Bank, FSB, Amount
                claimed: $7156.47 (Lee, Thomas )

*Description:* (16-1) CREDIT CARD DEBT

Remarks:        1008

Creditor:        (22326048)
LVNV Funding, LLC its
successors and assigns as
assignee of Bank of America
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 17**
*Original Filed*
*Date*: 07/30/2012
*Original Entered*
*Date*: 07/30/2012

*Status:*
*Filed by:* CR
*Entered by:* Resurgent Capital
Services
*Modified:*

unsecured   Amount  claimed: $5860.97

Secured claimed:        $0.00

History:

Details   17-1 07/30/2012 Claim #17 filed by LVNV Funding, LLC its successors and
                assigns as, Amount claimed: $5860.97 (Resurgent Capital
                Services)

*Description:*        cc

Remarks:        9135

Creditor:        (22326098)
LVNV Funding, LLC its
successors and assigns as
assignee of OSI
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 18**
*Original Filed*
*Date*: 07/30/2012
*Original Entered*
*Date*: 07/30/2012

*Status:*
*Filed by:* CR
*Entered by:* Resurgent Capital
Services
*Modified:*

unsecured   Amount  claimed: $1106.37

Secured claimed:        $0.00

History:

Details   18-1 07/30/2012 Claim #18 filed by LVNV Funding, LLC its successors and

assigns as, Amount claimed: $1106.37 (Resurgent Capital Services)

*Description:*

*Remarks:*      cc
              9273

*Invalid*

| | |
|---|---|
| *Creditor:* (21752633) | **Claim No: 19** | *Status:* |
| Internal Revenue Service | *Original Filed* | *Filed by:* CR |
| Post Office Box 7346 | *Date:* 08/03/2012 | *Entered by:* Internal Revenue |
| Philadelphia PA 19101-7346 | *Original Entered* | Service |
| | *Date:* 08/03/2012 | *Modified:* |

Unsecured   Amount claimed: $1128.75        * Amended by Claim 23

Secured claimed:     $0.00        07/26/13: contacted IRS

Priority claimed: $1128.75        Claim pd in Full

✓ *History:*

Details  19-1  08/03/2012 Claim #19 filed by Internal Revenue Service, Amount claimed: $1128.75 (Internal Revenue Service)

*Description:*

*Remarks:*

| | |
|---|---|
| ✓ *Creditor:* (22416572) | **Claim No: 20** | *Status:* |
| PYOD, LLC its successors and | *Original Filed* | *Filed by:* CR |
| assigns as assignee | *Date:* 08/22/2012 | *Entered by:* Resurgent Capital |
| of Citibank | *Original Entered* | Services |
| Resurgent Capital Services | *Date:* 08/22/2012 | *Modified:* |
| PO Box 19008 | | |
| Greenville, SC 29602 | | |

Unsecured   Amount claimed: $441.69

Secured claimed:     $0.00

*History:*

Details  20-1  08/22/2012 Claim #20 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $441.69 (Resurgent Capital Services)

*Description:*

*Remarks:*      cc
              C796

ECAST

| | |
|---|---|
| *Creditor:* (22427608) | **Claim No: 21** | *Status:* |
| Capital One, N.A. | *Original Filed* | *Filed by:* CR |
| Bass & Associates, P.C. | *Date:* 08/24/2012 | *Entered by:* Auto-Claim Filer |
| 3936 E. Ft. Lowell Road, Suite #200 | *Original Entered* | *Modified:* |
| Tucson, AZ 85712 | *Date:* 08/24/2012 | |

transfer 04/22/13

unsecured Amount claimed: $1551.20

History:

Details    21-1    08/24/2012 Claim #21 filed by Capital One, N.A., Amount claimed: $1551.20
(Auto-Claim Filer)

Description:
Remarks: (21-1) Account Number (last 4 digits):7326

| | | | |
|---|---|---|---|
| Creditor:        (22968243) | **Claim No: 22** | *Status:* Transfer of Claim | |
| Midland Funding LLC | *Original Filed* | w/Waiver of Notice 22 | |
| By its authorized agent Recoser, | *Date:* 08/24/2012 | *Filed by:* CR | |
| LLC | *Original Entered* | *Entered by:* GE Money Bank | |
| 25 SE 2nd Ave, Suite 1120 | *Date*: 08/24/2012 | *Modified:* | |
| Miami, FL 33131- | | | |
| 1605    Claimant History | | | |

unsecured Amount claimed: $3603.45

History:

Details    22-    08/24/2012 Claim #22 filed by GE Capital Retail Bank, Amount claimed:
1          $3603.45 (GE Money Bank)
22    01/24/2013 Notice of Transfer/Assignment of Claim Filed by Creditor Recovery
Management Systems Corp.. (GE Money Bank) Status: Transfer of
Claim w/Waiver of Notice

Description:    cc
Remarks: (22-1) IKEA CONSUMER or GEMB    7708

# Claims Register Summary

**Case Name:** Christopher Anderson
**Case Number:** 6:12-bk-03403-KSJ
**Chapter:** 7
**Date Filed:** 03/15/2012
**Total Number Of Claims:** 22

| | |
|---|---|
| **Total Amount Claimed*** | $99476.55 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |

continued

| | | |
|---|---|---|
| **Priority** | $1128.75 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/05/2013 15:45:00 | | | |
| **PACER Login:** | cm1112 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:12-bk-03403-KSJ Filed or Entered From: 1/1/2012 Filed or Entered To: 12/31/2013 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

continued

# Middle District of Florida
# Claims Register

### 6:12-bk-03403-KSJ Christopher Anderson

| | |
|---|---|
| **Chief:** Karen S. Jennemann | **Chapter:** 7 |
| **Office:** Orlando | **Last Date to file claims:** 08/27/2012 |
| **Trustee:** Carla P Musselman | **Last Date to file (Govt):** |

| Creditor:      (21752633)<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Claim No: 23<br>Original Filed<br>Date: 07/27/2013<br>Original Entered<br>Date: 07/27/2013 | Status:<br>Filed by: TR<br>Entered by: Carla P Musselman<br>Modified: |
|---|---|---|
| Amount claimed: $0.00<br>Secured claimed: $0.00<br>Priority claimed: $0.00 | * Amends CL 19 | |

| History: | | | |
|---|---|---|---|
| Details | 23-1 | 07/27/2013 | Claim #23 filed by Internal Revenue Service, Amount claimed: $0.00 (Musselman, Carla ) |

| Description: (23-1) Claim amends claim no. 19 filed on 08/02/12 |
|---|
| Remarks: (23-1) Filed by Trustee Carla Musselman on behalf of the IRS |

## Claims Register Summary

**Case Name:** Christopher Anderson
**Case Number:** 6:12-bk-03403-KSJ
**Chapter:** 7
**Date Filed:** 03/15/2012
**Total Number Of Claims:** 1

REVIEWED BY CLC
JUL 28 2013

| Total Amount Claimed* | $0.00 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $0.00 | |
| Administrative | | |

## PACER Service Center

| **Transaction Receipt** | | | |
|---|---|---|---|
| 07/27/2013 11:15:48 | | | |
| **PACER Login:** | cm1112 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:12-bk-03403-KSJ Claim Number From: 23 Claim Number To: 23 Filed or Entered From: 1/1/1985 Filed or Entered To: 7/29/2013 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:12-bk-03403-KSJ
Case Name: ANDERSON, CHRISTOPHER
Trustee Name: CARLA MUSSELMAN, TRUSTEE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CARLA MUSSELMAN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: CARLA MUSSELMAN, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | Atlas Acquisitions LLC | $ | $ | $ |
| 02 | Discover Bank | $ | $ | $ |
| 03 | Atlas Acquisitions LLC | $ | $ | $ |
| 04 | Atlas Acquisitions LLC | $ | $ | $ |
| 05 | Discover Bank | $ | $ | $ |
| 06 | Dell Financial Services, LLC | $ | $ | $ |
| 07 | PHARIA L.L.C. | $ | $ | $ |
| 08 | PHARIA L.L.C. | $ | $ | $ |
| 09 | American Express Centurion Bank | $ | $ | $ |
| 10 | American Express Centurion Bank | $ | $ | $ |
| 11 | FIA Card Services, N.A. | $ | $ | $ |
| 12 | Precision Recovery Analytics, Inc. | $ | $ | $ |
| 13 | Capital One Bank (USA), N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | American Express Bank, FSB | $ | $ | $ |
| 15 | American Express Centurion Bank | $ | $ | $ |
| 16 | American Express Bank, FSB | $ | $ | $ |
| 17 | LVNV Funding, LLC | $ | $ | $ |
| 18 | LVNV Funding, LLC | $ | $ | $ |
| 20 | PYOD, LLC | $ | $ | $ |
| 21 | eCAST Settlement Corporation | $ | $ | $ |
| 22 | MIDLAND FUNDING, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE